158 A.3d 70

COMMONWEALTH of Pennsylvania, Respondent

v.

Eric WATSON, Petitioner

Commonwealth of Pennsylvania, Respondent

v.

Eric Watson, Petitioner

No. 210 EAL 2016
No. 211 EAL 2016

Supreme Court of Pennsylvania.

September 22, 2016

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**